UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-0290 (PJS/AJB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| EVERARD TAYLOR, | |
| Defendant. | |

W. Anders Folk, Assistant United States Attorney, UNITED STATES ATTORNEY'S OFFICE, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Glenn P. Bruder, MITCHELL BRUDER & JOHNSON, 4005 West 65th Street, Suite 200, Edina, MN 55435, for defendant.

This matter is before the Court on defendant Everard Taylor's objections to the November 15, 2006 Report and Recommendation ("R&R") of Magistrate Judge Arthur J. Boylan.  Judge Boylan recommends denying Taylor's motion to suppress evidence obtained from a warranted search of the residence of Taylor's girlfriend.  Judge Boylan also recommends denying Taylor's motion to suppress statements that he made during an interview with police.  In his objections to the R&R, Taylor alleges that there was no probable cause for issuing the search warrant and that, during his interview with police, he was psychologically coerced into admitting that he owned the narcotics that were found during the search of his girlfriend's home.

The Court has reviewed the record de novo, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(3), and finds that Judge Boylan's R&R adequately addresses all of the arguments made in Taylor's objection.

ORDER

Based on the foregoing and on all of the files, records, and proceedings herein, the Court OVERRULES Taylor's objection [Docket No. 35] and ADOPTS Judge Boylan's Report and Recommendation [Docket No. 33].  Accordingly, IT IS HEREBY ORDERED THAT:

1. Taylor's motion to suppress statements, admissions, and answers [Docket No. 11] is DENIED; and

2. Taylor's motion to suppress physical evidence obtained as a result of search and seizure [Docket No. 22] is DENIED.


Dated: January  3,  2007	s/Patrick J. Schiltz
	Patrick J. Schiltz
	United States District Judge